UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**IDRIS DIXON,**

Plaintiff,

v. **No. 4:26-cv-00967-P**

**ALCON LABORATORIES, INC.,**

Defendant.

## ORDER & FINAL JUDGMENT

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. ECF No. 13. Pursuant to the Notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are hereby **DISMISSED without prejudice.** The Clerk of the Court is **DIRECTED** to close the above-captioned case.

This Order shall serve as a final judgment for the purposes of appeal.

**SO ORDERED** on this **15th day** of **September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE